IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| LENDMARK FINANCIAL SERVICES, INC. | * |
|---|---|
| v. | * Civil No. JFM-10-2737 |
| ROSALIND HALL | * |

*****

MEMORANDUM

Lendmark Financial Services, Inc., originally instituted this action in the Circuit Court for Baltimore County to collect an alleged deficiency balance on an outstanding loan in the amount $12,233.34, plus interest and attorney fees. Rosalind Hall, the defendant in the action, filed an answer and a class action counterclaim. Lendmark Financial Services then removed the action to this court under the Class Action Fairness Act of 2005. Hall filed a motion to remand.

The motion will be granted. In my judgment the arguments made by Lendmark Financial Services, as well as Judge Niemeyer's reasoning in his dissent in *Palisades Collections LLC v. Shorts*, 552 F.3d 327 (4th Cir. 2008), arguably have merit. However, I believe that the Fourth Circuit's decision in *Palisades Collections* dictates remand here and is binding on me. I will, however, delay effectiveness of the remand order for ten days to permit Lendmark Financial Services to apply to the Fourth Circuit to accept an appeal from my ruling, if it chooses to do so.

Date: 11/24/10

J. Frederick Motz
United States District Judge

1